UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | No. 3:13-00037 |
| ) | CHIEF JUDGE HAYNES |
| TALAMANTES L. TOLBERT ) | |

### MOTION TO REMOVE PLEA HEARING FROM DOCKET

The defendant, Talamantes Tolbert, through undersigned counsel, and pursuant to this Court's Order (D.E. 15), hereby notifies this Court that he does not intend to enter a plea at the initial date designated in the Order, which is Monday, May 6, 2013, at 1:30 p.m. The defendant respectfully requests that the Court cancel the plea hearing set for May 6, 2013, and remove it from the docket. The defendant intends to file a motion to continue the trial that is currently set for Tuesday, May 21, 2013, at 9:00 a.m. and will do so at least two weeks prior to the trial date as directed by this Court's Order.

Respectfully submitted,

s/ R. David Baker
R. David Baker (BPR# 014238)
Assistant Federal Public Defender
810 Broadway, Suite 200
Nashville, TN 37203
615-736-5047
E-mail: david_baker@fd.org

Attorney for Talamantes L. Tolbert